IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| MIDWEST TRUST COMPANY, as Administrator of the Estate of Mark Bull, Deceased,<br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SHERIFF JOHN D. LAKIN, COUNTY OF MADISON, ILLINOIS, JOHN DOES, JANE DOES, and ADVANCED CORRECTIONAL HEALTHCARE, INC.,<br>　　　　　　　　　　Defendants. | Case No. 3:23-cv-1238 |

**Agreed Stipulation to Voluntarily Dismiss**
**Pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii)**

　　Now comes Plaintiff, MIDWEST TRUST COMPANY, as Administrator of the Estate of Mark Bull, Deceased, by its attorneys, Ted N. Gianaris and Suvir Dhar, and for its Agreed Stipulation to Voluntarily Dismiss Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) states as follows:

　　1. The Federal Rules provide that a Plaintiff may voluntarily "dismiss an action without a court order by filing… a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

　　2. By the signature of their attorneys below, the parties stipulate and agree that an order dismissing Plaintiff's Complaint without prejudice and terminating this matter should be entered.

　　3. The parties further stipulate and agree that payment of taxable costs shall be contingent upon refiling of the Complaint. Defendants waive payment of costs at this time but shall be entitled to payment of taxable costs incurred in this matter at the time of refiling should plaintiff decide to refile the action.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

| | | |
|---|---|---|
| MIDWEST TRUST COMPANY, as Administrator of the Estate of Mark Bull, Deceased, Plaintiff | | ADVANCED CORRECTIONAL HEALTHCARE, INC., Defendant, |
| By: *s/ Ted N. Gianaris* <br> Ted N. Gianaris <br> Joshua Edelson <br> Gianaris Trial Lawyers <br> One Court Street <br> Alton, IL 62002 <br> tgianaris@lawforpeople.com | | By: *s/ Peter R. Jennetten* (with consent) <br> Peter R. Jennetten <br> QUINN JOHNSTON <br> 227 N.E. Jefferson Ave. <br> Peoria, IL  61602-1211 <br> pjennetten@quinnjohnston.com |
| | | MADISON COUNTY and JOHN LAKIN, Defendants, |
| | | By: *s/ Heidi L. Eckert* (with consent) <br> Heidi L. Eckert, #6271612 <br> Blitz, Bardgett & Deutsch, LC <br> 120 S. Central Avenue, Ste. 1500 <br> St. Louis, MO 63105 <br> heckert@bbdlc.com |